# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § | |
| LITTLE, JR., CHARLES DAVID<br>LITTLE, SAYLE | § § § | Case No. 14-01046 |
| Debtors | § § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/14/2014. The undersigned trustee was appointed on 01/14/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $    10,950.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 6.18 |
   | Bank service fees | 309.73 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 10,634.09 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 07/22/2014 and the deadline for filing governmental claims was 07/22/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,845.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,845.00 , for a total compensation of $ 1,845.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/16/2016         By:/s/GINA B. KROL
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 14-01046 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | LITTLE, JR., CHARLES DAVID | | | Date Filed (f) or Converted (c): | 01/14/14 (f) |
| | LITTLE, SAYLE | | | 341(a) Meeting Date: | 02/07/14 |
| For Period Ending: | 02/16/16 | | | Claims Bar Date: | 07/22/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence | 624,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 200.00 | 0.00 | | 0.00 | FA |
| 3. BANK ACCONTS | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods | 2,500.00 | 0.00 | | 0.00 | FA |
| 5. CLOTHES | 800.00 | 0.00 | | 0.00 | FA |
| 6. WEDDING RINGS | 400.00 | 0.00 | | 0.00 | FA |
| 7. IRA | 800.00 | 0.00 | | 0.00 | FA |
| 8. Law Suit | 0.00 | 0.00 | OA | 0.00 | FA |
| Claim against HSBC - Settled prior to Chapter 7 filing - No cash was exchanged | | | | | |
| 9. VEHICLE | 16,200.00 | 10,950.00 | | 10,950.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $646,900.00 | $10,950.00 | | $10,950.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to object to two insider claims and then submit TFR
January 12, 2016, 10:10 am

Case is ready for claims review and TFR
October 08, 2015, 11:17 am

Trustee to review claims

LFORM1    UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                                                   Ver: 19.05c

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | |
|---|---|
| Case No: 14-01046  DRC  Judge: Donald R. Cassling | Trustee Name: GINA B. KROL |
| Case Name: LITTLE, JR., CHARLES DAVID | Date Filed (f) or Converted (c): 01/14/14 (f) |
| LITTLE, SAYLE | 341(a) Meeting Date: 02/07/14 |
| | Claims Bar Date: 07/22/14 |

October 22, 2014, 01:05 pm

Equity in car sold by Trustee.

October 01, 2014, 04:38 pm

Initial Projected Date of Final Report (TFR): 05/31/15     Current Projected Date of Final Report (TFR): 03/31/16

/s/  GINA B. KROL
_____  Date: 02/16/16
GINA B. KROL

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 14-01046 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | LITTLE, JR., CHARLES DAVID | | Bank Name: | ASSOCIATED BANK |
| | LITTLE, SAYLE | | Account Number / CD #: | *******0964  Checking Account |
| Taxpayer ID No: | *******5659 | | | |
| For Period Ending: | 02/16/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/27/14 | 9 | Charles Little | | 1129-000 | 10,950.00 | | 10,950.00 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 10,940.00 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.74 | 10,924.26 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.24 | 10,908.02 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.22 | 10,891.80 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.67 | 10,876.13 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.17 | 10,859.96 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.63 | 10,844.33 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.12 | 10,828.21 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.10 | 10,812.11 |
| 02/10/15 | 030001 | Adams Levine Surety Bond Agency | | 2300-000 | | 6.18 | 10,805.93 |
| | | 60 E. 42nd Street | | | | | |
| | | Room 965 | | | | | |
| | | New York, NY  10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.52 | 10,791.41 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.04 | 10,775.37 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.50 | 10,759.87 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.00 | 10,743.87 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.46 | 10,728.41 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.95 | 10,712.46 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.93 | 10,696.53 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.39 | 10,681.14 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.88 | 10,665.26 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.34 | 10,649.92 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.83 | 10,634.09 |
| * 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 15.81 | 10,618.28 |
| * 02/16/16 | | Reverses Adjustment OUT on 02/05/16 | BANK SERVICE FEE | 2600-003 | | -15.81 | 10,634.09 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 14-01046 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | LITTLE, JR., CHARLES DAVID | Bank Name: | ASSOCIATED BANK |
|  | LITTLE, SAYLE | Account Number / CD #: | *******0964  Checking Account |
| Taxpayer ID No: | *******5659 | | |
| For Period Ending: | 02/16/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  | Account *******0964 | Balance Forward | 0.00 |  |  |  |
|---|---|---|---|---|---|---|
|  | 1 | Deposits | 10,950.00 | 1 | Checks | 6.18 |
|  | 0 | Interest Postings | 0.00 | 22 | Adjustments Out | 309.73 |
|  |  | Subtotal | $ 10,950.00 | 0 | Transfers Out | 0.00 |
|  |  |  |  |  | Total | $ 315.91 |
|  | 0 | Adjustments In | 0.00 |  |  |  |
|  | 0 | Transfers In | 0.00 |  |  |  |
|  |  | Total | $ 10,950.00 |  |  |  |

/s/  GINA B. KROL

Trustee's Signature: _____  Date: 02/16/16
                    GINA B. KROL

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 16, 2016 |
|---|---|---|---|---|---|---|

| Case Number: | 14-01046 | Priority Sequence | | | | |
|---|---|---|---|---|---|---|
| Debtor Name: | LITTLE, JR., CHARLES DAVID | | | Joint Debtor: LITTLE, SAYLE | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| ADMIN 1<br>001<br>3110-00 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $3,154.50 | $3,154.50 |
| ADMIN 1<br>001<br>2100-00 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602<br>Tax Id: | Administrative | | $0.00 | $1,845.00 | $1,845.00 |
| ADMIN 2<br>001<br>3120-00 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $28.64 | $28.64 |
| 000004A<br>040<br>5800-00 | Dept of Treasury IRS<br>Cincinnati, OH 45999-0030 | Priority | | $0.00 | $11,917.06 | $11,917.06 |
| 000005A<br>040<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Priority | | $0.00 | $437.51 | $437.51 |
| 000001A<br>050<br>4110-00 | David Little and Sayle Little<br>1323 East Tulip Tree Drive<br>Frankfort, IN 46041 | Secured<br>Withdrawn | | $0.00 | $16,000.00 | $0.00 |
| 000002A<br>050<br>4110-00 | D Anderson Mather<br>604 Burr Ridge Club Drive<br>Burr Ridge, IL 60527 | Secured<br>Withdrawn | | $0.00 | $16,000.00 | $0.00 |
| 000001<br>070<br>7100-00 | David Little & Sayle Little<br>55 Arthur Avenue<br>Clarendon Hills, IL 60514 | Unsecured | | $0.00 | $6,000.00 | $6,000.00 |
| 000002<br>070<br>7100-00 | D Anderson Mather<br>604 Burr Ridge Club Drive<br>Burr Ridge, IL 60527 | Unsecured | | $0.00 | $32,000.00 | $32,000.00 |
| 000003<br>070<br>7100-00 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured | | $0.00 | $38,484.24 | $38,484.24 |
| 000004B<br>070<br>7100-00 | Dept of Treasury IRS<br>Cincinnati, OH 45999-0030 | Unsecured | | $0.00 | $24,883.58 | $24,883.58 |

CREGIS2  UST Form 101-7-TFR (5/1/2011) *(Page: 7)*                                                                     Printed: 02/16/16 10:51 AM    Ver: 19.05c

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: February 16, 2016

Case Number: 14-01046
Debtor Name: LITTLE, JR., CHARLES DAVID

Priority Sequence

Joint Debtor: LITTLE, SAYLE

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000005B 070 7100-00 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, Illinois 60664-0338 | Unsecured | | $0.00 | $4,073.73 | $4,073.73 |
| 000006 070 7100-00 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $0.00 | $2,751.80 | $2,751.80 |
| 000007 070 7100-00 | PNC BANK N.A. PNC Bank, National Association PO BOX 94982 CLEVELAND, OH 44101 | Unsecured | | $0.00 | $5,186.67 | $5,186.67 |
| 000008 070 7100-00 | Glass Mountain Legal Solutions, LLC 1930 Thoreau Drive, Ste. 100A Schaumburg, IL 60173 | Unsecured | | $0.00 | $6,864.02 | $6,864.02 |
| 000009 070 7100-00 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $0.00 | $11,380.09 | $11,380.09 |
| 000010 070 7100-00 | Ally Financial serviced by Ally Servicing LLC PO Box 130424 Roseville, MN 55113-0004 | Unsecured | | $0.00 | $5,855.80 | $5,855.80 |
| 000011 070 7100-00 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $0.00 | $2,521.53 | $2,521.53 |
| 000012 070 7100-00 | Portfolio Recovery Associates, LLC successor to GE MONEY BANK, F.S.B. PO Box 41067 Norfolk, VA 23541 | Unsecured | | $0.00 | $5,332.83 | $5,332.83 |
| BOND 999 2300-00 | Adams Levine Surety Bond Agency 60 E. 42nd Street Room 965 New York, NY 10165 | Administrative | | $0.00 | $6.18 | $6.18 |
| | Case Totals: | | | $0.00 | $194,723.18 | $162,723.18 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-01046
Case Name: LITTLE, JR., CHARLES DAVID
     LITTLE, SAYLE
Trustee Name: GINA B. KROL

Balance on hand     $     10,634.09

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001A | David Little and Sayle Little<br>1323 East Tulip Tree Drive<br>Frankfort, IN 46041 | $ 16,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000002A | D Anderson Mather<br>604 Burr Ridge Club Drive<br>Burr Ridge, IL 60527 | $ 16,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors     $     0.00

Remaining Balance     $     10,634.09

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 1,845.00 | $ 0.00 | $ 1,845.00 |
| Attorney for Trustee Fees: Cohen & Krol | $ 3,154.50 | $ 0.00 | $ 3,154.50 |
| Attorney for Trustee Expenses: Cohen & Krol | $ 28.64 | $ 0.00 | $ 28.64 |
| Other: Adams Levine Surety Bond Agency | $ 6.18 | $ 6.18 | $ 0.00 |

  Total to be paid for chapter 7 administrative expenses    $  5,028.14

  Remaining Balance    $  5,605.95

  Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 12,354.57 must be paid in advance of any dividend to general (unsecured) creditors.

  Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004A | Dept of Treasury IRS Cincinnati, OH 45999-0030 | $ 11,917.06 | $ 0.00 | $ 5,407.43 |
| 000005A | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, Illinois 60664-0338 | $ 437.51 | $ 0.00 | $ 198.52 |

  Total to be paid to priority creditors    $  5,605.95

  Remaining Balance    $  0.00

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $ 145,334.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | American InfoSource LP as agent for Midland Funding LLC PO Box 268941 Oklahoma City, OK 73126-8941 | $ 38,484.24 | $ 0.00 | $ 0.00 |
| 000006 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 2,751.80 | $ 0.00 | $ 0.00 |
| 000007 | PNC BANK N.A. PNC Bank, National Association PO BOX 94982 CLEVELAND, OH 44101 | $ 5,186.67 | $ 0.00 | $ 0.00 |
| 000008 | Glass Mountain Legal Solutions, LLC 1930 Thoreau Drive, Ste. 100A Schaumburg, IL 60173 | $ 6,864.02 | $ 0.00 | $ 0.00 |
| 000009 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 11,380.09 | $ 0.00 | $ 0.00 |
| 000010 | Ally Financial serviced by Ally Servicing LLC PO Box 130424 Roseville, MN 55113-0004 | $ 5,855.80 | $ 0.00 | $ 0.00 |
| 000011 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 2,521.53 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Portfolio Recovery Associates, LLC successor to GE MONEY BANK, F.S.B. PO Box 41067 Norfolk, VA 23541 | $ 5,332.83 | $ 0.00 | $ 0.00 |
| 000004B | Dept of Treasury IRS Cincinnati, OH 45999-0030 | $ 24,883.58 | $ 0.00 | $ 0.00 |
| 000005B | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, Illinois 60664-0338 | $ 4,073.73 | $ 0.00 | $ 0.00 |
| 000001 | David Little & Sayle Little 55 Arthur Avenue Clarendon Hills, IL 60514 | $ 6,000.00 | $ 0.00 | $ 0.00 |
| 000002 | D Anderson Mather 604 Burr Ridge Club Drive Burr Ridge, IL 60527 | $ 32,000.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors           $           0.00

Remaining Balance                                               $           0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE