UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
LITTLE, JR., CHARLES DAVID            §        Case No. 14-01046 DRC
LITTLE, SAYLE                         §
                                      §
                                      §
         Debtors                      §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
      JEFFREY P. ALLSTEADT
      219 S. Dearborn Street
      Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 04/08/2016 in Courtroom 240,
      Kane County Courthouse
      100 S Third Street
      Geneva, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/22/2016      By: /s/ JEFFREY P. ALLSTEADT
               Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| LITTLE, JR., CHARLES DAVID | § | Case No. 14-01046 DRC |
| LITTLE, SAYLE | § | |
| | § | |
| Debtors | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,950.00 |
| and approved disbursements of | $ | 321.90 |
| leaving a balance on hand of[1] | $ | 10,628.10 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001A | David Little and Sayle Little 1323 East Tulip Tree Drive Frankfort, IN 46041 | $ 16,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000002A | D Anderson Mather 604 Burr Ridge Club Drive Burr Ridge, IL 60527 | $ 16,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 10,628.10 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 1,845.00 | $ 0.00 | $ 1,845.00 |
| Attorney for Trustee Fees: Cohen & Krol | $ 3,154.50 | $ 0.00 | $ 3,154.50 |
| Attorney for Trustee Expenses: Cohen & Krol | $ 28.64 | $ 0.00 | $ 28.64 |
| Other: Adams Levine Surety Bond Agency | $ 6.18 | $ 6.18 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 5.99 | $ 5.99 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $ 5,028.14

Remaining Balance     $ 5,599.96

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 12,354.57 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004A | Dept of Treasury IRS Cincinnati, OH 45999-0030 | $ 11,917.06 | $ 0.00 | $ 5,401.65 |
| 000005A | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, Illinois 60664-0338 | $ 437.51 | $ 0.00 | $ 198.31 |

Total to be paid to priority creditors     $ 5,599.96

Remaining Balance     $ 0.00

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

Case 14-01046   Doc 71   Filed 02/23/16   Entered 02/25/16 23:41:40   Desc Imaged
                  Certificate of Notice   Page 4 of 8

      The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

      Timely claims of general (unsecured) creditors totaling $ 145,334.29  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

      Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | American InfoSource LP as agent for Midland Funding LLC PO Box 268941 Oklahoma City, OK 73126-8941 | $ 38,484.24 | $ 0.00 | $ 0.00 |
| 000006 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 2,751.80 | $ 0.00 | $ 0.00 |
| 000007 | PNC BANK N.A. PNC Bank, National Association PO BOX 94982 CLEVELAND, OH 44101 | $ 5,186.67 | $ 0.00 | $ 0.00 |
| 000008 | Glass Mountain Legal Solutions, LLC 1930 Thoreau Drive, Ste. 100A Schaumburg, IL 60173 | $ 6,864.02 | $ 0.00 | $ 0.00 |
| 000009 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 11,380.09 | $ 0.00 | $ 0.00 |
| 000010 | Ally Financial serviced by Ally Servicing LLC PO Box 130424 Roseville, MN 55113-0004 | $ 5,855.80 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 2,521.53 | $ 0.00 | $ 0.00 |
| 000012 | Portfolio Recovery Associates, LLC successor to GE MONEY BANK, F.S.B. PO Box 41067 Norfolk, VA 23541 | $ 5,332.83 | $ 0.00 | $ 0.00 |
| 000004B | Dept of Treasury IRS Cincinnati, OH 45999-0030 | $ 24,883.58 | $ 0.00 | $ 0.00 |
| 000005B | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, Illinois 60664-0338 | $ 4,073.73 | $ 0.00 | $ 0.00 |
| 000001 | David Little & Sayle Little 55 Arthur Avenue Clarendon Hills, IL 60514 | $ 6,000.00 | $ 0.00 | $ 0.00 |
| 000002 | D Anderson Mather 604 Burr Ridge Club Drive Burr Ridge, IL 60527 | $ 32,000.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors       $         0.00

Remaining Balance       $         0.00


   Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

   Tardily filed general (unsecured) claims are as follows:

NONE

UST Form 101-7-NFR (10/1/2010) *(Page: 5)*

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 14-01046-DRC
Charles David Little, Jr.                                               Chapter 7
Sayle Little
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dross              Page 1 of 2              Date Rcvd: Feb 23, 2016
                              Form ID: pdf006          Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2016.
```
db/jdb         +Charles David Little, Jr.,   Sayle Little,    22 Arthur,    Clarendon Hills, IL 60514-1106
21419541       +ACL, Inc Tre Medical Ltd,    PO Box 27901,    West Allis, WI 53227-0901
21419547       +Adventist Hinsdale Hospital,    75 Remittance Dr, Ste. 3250,    Chicago, IL 60675-3250
21419552       +Adventist Hinsdale Hosp,   P0Box 3495,    Toledo, OH 43607-0495
21419542       +Advocate Good Samaritan,    3815 Highland Avenue,    Downers Grove, IL 60515-1500
22023946        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21449659        American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
21419556       +BMO Harris Bank,   P.O. Box 367,    Arlington Heights, IL 60006-0367
21702174       +C. David Little and Suzanne Little,    1323 East Tulip Tree Drive,    Frankfort, IN 46041-8073
21419533       +D Anderson Mather,    604 Burr Ridge Club Drive,    Burr Ridge, IL 60527-5209
21419546       +Davey Tree Expert Co.,    1500 N. Mantua St.,    P.O.Box 5193,,    Kent, OH 44240-5193
21419554       +FFCC-Oakbrook Endodonic,    PO Box 20790,   Columbus, OH 43220-0790
22061546       +Glass Mountain Legal Solutions, LLC,    PO Box 382656,    Germantown, TN 38183-2656
21419531       +HSBC Mortgage Corp,    PO Box 2013,   Buffalo, NY 14240-2013
21419553       +M3 Financial Services-UofC,    P.0.Box 7230,    Westchester, IL 60154-7230
21419549       +Medical Recovery Specialists,    2250 East Devon Ave, #352,    Des Plaines, IL 60018-4519
21419548       +Merchants Credit Guide,    223 W Jackson Blvd., #100,    Chicago, IL 60606-6914
21419532       +MidAmerican Bank,   FSB/PNC Bank,    First Side Center,    500 First Ave,
                 Pittsburgh, PA 15219-3128
21419551       +NCB Mgmt. Services-PNC,    P.O.Box 1099,   Langhorne, PA 19047-6099
22055138       +PNC BANK N.A.,   PNC Bank, National Association,    PO BOX 94982,    CLEVELAND, OH 44101-4982
21419534        PNC Commerical Loan,    PO Box 747046,   Pittsburgh, PA 15274-7046
21419536       +Penn Credit Reflex,    916 S 14th St,   PO Box 988,    Harrisburg, PA 17108-0988
21419550       +Porche Financial Services,    4343 Commerce Ct #300,    Lisle, IL 60532-3616
21419543       +Ronald W. Goers, DDS, P.,    6700 Rte. 83,   Darien, IL 60561-3972
21419544       +Suburban Radiologists, SC,    1446 Momentum Pl,    Chicago, IL 60689-5314
23066542       +Velocity Investments LLC,    c/o JD Receivables LLC,    P.O. Box 382656,
                 Germantown, TN 38183-2656
21419540       +Zwicker & Assoc Amex,    PO Box 9013,   Andover, MA 01810-0913
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21419555        E-mail/Text: g17768@att.com Feb 24 2016 01:33:26      AT&T,    PO Box 8100,
                 Aurora, IL 60507-8100
21419538       +E-mail/Text: ally@ebn.phinsolutions.com Feb 24 2016 01:33:23       Ally Asset Recovery,
                 PO Box 78369,    Phoenix, AZ 85062-8369
22094675        E-mail/Text: ally@ebn.phinsolutions.com Feb 24 2016 01:33:23
                 Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
21855412        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 24 2016 01:44:12
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
21419545       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 24 2016 01:34:25      Asset Acceptance LLC -BOA,
                 P.O.Box 2036,   Warren, Ml 48090-2036
21419537        E-mail/Text: rev.bankruptcy@illinois.gov Feb 24 2016 01:34:43
                 Illinois Department of Revenue,    100 West Randolph St,    Concourse Level,   Chicago, IL 60601
21419535        E-mail/Text: cio.bncmail@irs.gov Feb 24 2016 01:33:48      Dept of Treasury IRS,
                 Cincinnati, OH 45999-0030
21965287        E-mail/Text: rev.bankruptcy@illinois.gov Feb 24 2016 01:34:43
                 Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
                 Chicago, Illinois 60664-0338
21419539        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 24 2016 01:30:41
                 Portfolio Recovery Assoc,    120 Corporate Blvd,    Norfolk, VA 23502
22184822        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 24 2016 01:30:17
                 Portfolio Recovery Associates, LLC,    successor to GE MONEY BANK, F.S.B.,    PO Box 41067,
                 Norfolk, VA 23541
22887580        E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2016 01:30:14       Synchrony Bank,
                 c/o Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 11
```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
22089005*        American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
22123704*        American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: dross                 Page 2 of 2                  Date Rcvd: Feb 23, 2016
                              Form ID: pdf006             Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2016 at the address(es) listed below:
              E. Philip  Groben    on behalf of Trustee Gina B Krol pgroben@dandgpc.com
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;gsullivan@cohenandkrol.com;jneiman@cohenandkrol.
               com
              Gina B Krol    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;gsullivan@cohenandkrol.com;jneiman@cohenandkrol.
               com
              Jeffrey S Dunn    jefdun@gmail.com
              Joseph E Cohen    on behalf of Trustee Gina B Krol jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
               ;gsullivan@cohenandkrol.com
              Nisha B Parikh    on behalf of Creditor    HSBC BANK USA, N.A. nparikh@fal-illinois.com,
               bankruptcy@fal-illinois.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Steven C Lindberg    on behalf of Creditor    HSBC BANK USA, N.A. bankruptcy@fallaw.com
              Tarranpaul S Chawla    on behalf of Debtor 2 Sayle  Little tschawla@gmail.com,
               jblake@chawlagroup.com
              Tarranpaul S Chawla    on behalf of Debtor 1 Charles David Little, Jr. tschawla@gmail.com,
               jblake@chawlagroup.com
                                                                                             TOTAL: 10
```