# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § | |
| LITTLE, JR., CHARLES DAVID | § | Case No. 14-01046 DRC |
| LITTLE, SAYLE | § § | |
| Debtors | § § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 594,000.00 *(Without deducting any secured claims)* | Assets Exempt: 43,500.00 |
| Total Distributions to Claimants: 5,599.96 | Claims Discharged Without Payment: 689,007.24 |
| Total Expenses of Administration: 5,350.04 | |

3) Total gross receipts of $ 10,950.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 10,950.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 0.00 | $ 32,000.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,350.04 | 5,350.04 | 5,350.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 200.00 | 12,354.57 | 12,354.57 | 5,599.96 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 588,414.58 | 145,334.29 | 145,334.29 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 588,614.58 | $ 195,038.90 | $ 163,038.90 | $ 10,950.00 |

4) This case was originally filed under chapter 7 on 01/14/2014. The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/20/2016            By:/s/GINA B. KROL
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| VEHICLE | 1129-000 | 10,950.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 10,950.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC Mortgage Corp | | 0.00 | NA | NA | 0.00 |
| | MidAmerican Bank FSB/PNC Bank | | 0.00 | NA | NA | 0.00 |
| | PNC Commercial Loan, P.O.Box 747046, Pittsburgh, PA 15274-7046 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002A | D ANDERSON MATHER | 4110-000 | 0.00 | 16,000.00 | 0.00 | 0.00 |
| 000001A | DAVID LITTLE AND SAYLE LITTLE | 4110-000 | NA | 16,000.00 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 0.00 | $ 32,000.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 1,845.00 | 1,845.00 | 1,845.00 |
| ADAMS LEVINE SURETY BOND AGENCY | 2300-000 | NA | 6.18 | 6.18 | 6.18 |
| ADAMS-LEVINE | 2300-000 | NA | 5.99 | 5.99 | 5.99 |
| ASSOCIATED BANK | 2600-000 | NA | 309.73 | 309.73 | 309.73 |
| COHEN & KROL | 3110-000 | NA | 2,103.01 | 2,103.01 | 2,103.01 |
| GINA KROL | 3110-000 | NA | 1,051.49 | 1,051.49 | 1,051.49 |
| COHEN & KROL | 3120-000 | NA | 28.64 | 28.64 | 28.64 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,350.04 | $ 5,350.04 | $ 5,350.04 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Penn Credit/Reflex 916 S. 14th St. P.0.Box 988 Harrisburg, PA 17108 | | 200.00 | NA | NA | 0.00 |
| 000004A | DEPT OF TREASURY IRS | 5800-000 | 0.00 | 11,917.06 | 11,917.06 | 5,401.65 |
| 000005A | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | 0.00 | 437.51 | 437.51 | 198.31 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 200.00 | $ 12,354.57 | $ 12,354.57 | $ 5,599.96 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACL, lnc.ffRE Medical Ltd. P.0.Box 27901 West Allis, WI | | 93.66 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T PO Box 8100 Aurora, IL 60507-8100 | | 324.70 | NA | NA | 0.00 |
| | Adventist Hinsdale Hosp P0Box3495 Toledo, OH 43607 | | 62.99 | NA | NA | 0.00 |
| | Adventist Hinsdale Hospital 75 Remittance Dr, Ste. 3250 · Chicago, IL 60675 | | 231.57 | NA | NA | 0.00 |
| | Advocate Good Samaritan 188.41 3815 Highland Avenue Downers Grove, IL 60515 | | 188.41 | NA | NA | 0.00 |
| | BMO Harris Bank P.O.Box 367 Arlington Heights, IL 60006 | | 520,626.31 | NA | NA | 0.00 |
| | Davey Tree Expert Co. 1500 N. Mantua St. P.O. Box 5193, Kent, OH | | 128.00 | NA | NA | 0.00 |
| | FFCC-Oakbrook Endodonic POBox 20790, Columbus OH | | 527.27 | NA | NA | 0.00 |
| | M3 Financial Services-UofC P.0.Box 7230 Westchester, IL 60154 | | 1,055.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Medical Recovery Specialists 2250 East Devon Ave, #352 Des Plaines, IL 60018 | | 78.32 | NA | NA | 0.00 |
| | Merchants Credit Guide 223 W Jackson Blvd., #700 Chicago, IL 60606 | | 641.42 | NA | NA | 0.00 |
| | Porche Financial Services | | 5,710.86 | NA | NA | 0.00 |
| | Portfolio Recovery Assoc | | 6,040.03 | NA | NA | 0.00 |
| | Ronald W. Goers, DDS, P.C 6700 Rte. 83 Darien, IL 60561 | | 936.23 | NA | NA | 0.00 |
| | Suburban Radiologists, SC 1446 Momentum Pl Chicago, IL 60689 | | 73.57 | NA | NA | 0.00 |
| 000010 | ALLY FINANCIAL SERVICED BY ALLY SER | 7100-000 | 5,855.80 | 5,855.80 | 5,855.80 | 0.00 |
| 000006 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 2,751.80 | 2,751.80 | 2,751.80 | 0.00 |
| 000009 | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 11,380.09 | 11,380.09 | 0.00 |
| 000011 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 2,521.53 | 2,521.53 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 37,899.97 | 38,484.24 | 38,484.24 | 0.00 |
| 000002 | D ANDERSON MATHER | 7100-000 | NA | 32,000.00 | 32,000.00 | 0.00 |
| 000001 | DAVID LITTLE AND SAYLE LITTLE | 7100-000 | NA | 6,000.00 | 6,000.00 | 0.00 |
| 000004B | DEPT OF TREASURY IRS | 7100-000 | NA | 24,883.58 | 24,883.58 | 0.00 |
| 000008 | GLASS MOUNTAIN LEGAL SOLUTIONS, LLC | 7100-000 | NA | 6,864.02 | 6,864.02 | 0.00 |
| 000005B | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 4,073.73 | 4,073.73 | 0.00 |
| 000007 | PNC BANK N.A. | 7100-000 | 5,188.67 | 5,186.67 | 5,186.67 | 0.00 |
| 000012 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 5,332.83 | 5,332.83 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 588,414.58 | $ 145,334.29 | $ 145,334.29 | $ 0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 14-01046 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | LITTLE, JR., CHARLES DAVID | | | Date Filed (f) or Converted (c): | 01/14/14 (f) |
| | LITTLE, SAYLE | | | 341(a) Meeting Date: | 02/07/14 |
| For Period Ending: | 06/20/16 | (5th reporting period for this case) | | Claims Bar Date: | 07/22/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence | 624,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 200.00 | 0.00 | | 0.00 | FA |
| 3. BANK ACCONTS | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods | 2,500.00 | 0.00 | | 0.00 | FA |
| 5. CLOTHES | 800.00 | 0.00 | | 0.00 | FA |
| 6. WEDDING RINGS | 400.00 | 0.00 | | 0.00 | FA |
| 7. IRA | 800.00 | 0.00 | | 0.00 | FA |
| 8. Law Suit | 0.00 | 0.00 | OA | 0.00 | FA |
| Claim against HSBC - Settled prior to Chapter 7 filing - No cash was exchanged | | | | | |
| 9. VEHICLE | 16,200.00 | 10,950.00 | | 10,950.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $646,900.00 | $10,950.00 | | $10,950.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to object to two insider claims and then submit TFR
January 12, 2016, 10:10 am

Case is ready for claims review and TFR
October 08, 2015, 11:17 am

Trustee to review claims

LFORM1

Ver: 19.06a

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

Case 14-01046   Doc 74   Filed 06/24/16   Entered 06/24/16 15:25:46   Desc Main
Document      Page 10 of 13

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 14-01046   DRC   Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | LITTLE, JR., CHARLES DAVID | Date Filed (f) or Converted (c): | 01/14/14 (f) |
| | LITTLE, SAYLE | 341(a) Meeting Date: | 02/07/14 |
| | | Claims Bar Date: | 07/22/14 |

October 22, 2014, 01:05 pm

Equity in car sold by Trustee.

October 01, 2014, 04:38 pm

Initial Projected Date of Final Report (TFR): 05/31/15       Current Projected Date of Final Report (TFR): 03/31/16


   /s/   GINA B. KROL
_____ Date: 06/20/16
        GINA B. KROL

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-01046 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | LITTLE, JR., CHARLES DAVID | | Bank Name: | ASSOCIATED BANK |
| | LITTLE, SAYLE | | Account Number / CD #: | *******0964 Checking Account |
| Taxpayer ID No: | *******5659 | | | |
| For Period Ending: | 06/20/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/27/14 | 9 | Charles Little | | 1129-000 | 10,950.00 | | 10,950.00 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 10,940.00 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.74 | 10,924.26 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.24 | 10,908.02 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.22 | 10,891.80 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.67 | 10,876.13 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.17 | 10,859.96 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.63 | 10,844.33 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.12 | 10,828.21 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.10 | 10,812.11 |
| 02/10/15 | 030001 | Adams Levine Surety Bond Agency | | 2300-000 | | 6.18 | 10,805.93 |
| | | 60 E. 42nd Street | | | | | |
| | | Room 965 | | | | | |
| | | New York, NY 10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.52 | 10,791.41 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.04 | 10,775.37 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.50 | 10,759.87 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.00 | 10,743.87 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.46 | 10,728.41 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.95 | 10,712.46 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.93 | 10,696.53 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.39 | 10,681.14 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.88 | 10,665.26 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.34 | 10,649.92 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.83 | 10,634.09 |
| * 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 15.81 | 10,618.28 |
| * 02/16/16 | | Reverses Adjustment OUT on 02/05/16 | BANK SERVICE FEE | 2600-003 | | -15.81 | 10,634.09 |
| 02/18/16 | 030002 | ADAMS-LEVINE | Acct #10BSBGR6291 | 2300-000 | | 5.99 | 10,628.10 |
| | | 370 Lexington Avenue | | | | | |
| | | Suite 1101 | | | | | |

FORM 2

Page: 2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-01046 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | LITTLE, JR., CHARLES DAVID | | Bank Name: | ASSOCIATED BANK |
| | LITTLE, SAYLE | | Account Number / CD #: | *******0964  Checking Account |
| Taxpayer ID No: | *******5659 | | | |
| For Period Ending: | 06/20/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/08/16 | 030003 | New York, NY  10017<br>Gina Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Final Distribution | 3110-000 | | 1,051.49 | 9,576.61 |
| 04/08/16 | 030004 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Final Distribution | 3110-000 | | 2,103.01 | 7,473.60 |
| 04/08/16 | 030005 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Final Distribution | 2100-000 | | 1,845.00 | 5,628.60 |
| 04/08/16 | 030006 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Final Distribution | 3120-000 | | 28.64 | 5,599.96 |
| 04/08/16 | 030007 | Dept of Treasury IRS<br>Cincinnati, OH 45999-0030 | Final Distribution | 5800-000 | | 5,401.65 | 198.31 |
| 04/08/16 | 030008 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Final Distribution | 5800-000 | | 198.31 | 0.00 |

LFORM2T4   UST Form 101-7-TDR (10/1/2010) *(Page: 12)*                                                                                        Ver: 19.06a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-01046 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | LITTLE, JR., CHARLES DAVID | Bank Name: | ASSOCIATED BANK |
|  | LITTLE, SAYLE | Account Number / CD #: | *******0964 Checking Account |
| Taxpayer ID No: | *******5659 |  |  |
| For Period Ending: | 06/20/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  | Account *******0964 | Balance Forward | 0.00 |  |  |  |
|---|---|---|---|---|---|---|
|  | 1 | Deposits | 10,950.00 | 8 | Checks | 10,640.27 |
|  | 0 | Interest Postings | 0.00 | 22 | Adjustments Out | 309.73 |
|  |  |  |  | 0 | Transfers Out | 0.00 |
|  |  | Subtotal | $ 10,950.00 |  |  |  |
|  |  |  |  |  | Total | $ 10,950.00 |
|  | 0 | Adjustments In | 0.00 |  |  |  |
|  | 0 | Transfers In | 0.00 |  |  |  |
|  |  | Total | $ 10,950.00 |  |  |  |

/s/  GINA B. KROL

Trustee's Signature: _____  Date: 06/20/16

GINA B. KROL